THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GENBIOPRO, INC.**                                                                                     **PLAINTIFF**

**V.**                                           **C.A. NO. 3:20-CV-00652-HTW-LRA**

**DR. THOMAS DOBBS, STATE HEALTH OFFICER**               **DEFENDANTS**
**OF THE MISSISSIPPI DEPARTMENT OF HEALTH,**
**IN HIS OFFICIAL CAPACITY**

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff GenBioPro, Inc. hereby certifies that it is a privately-held corporation majority-owned by Xenia Holdco LLC. GenBioPro, Inc. further certifies that no publicly held corporation owns 10% or more of its stock.

Dated: October 13, 2020

                                                        GENBIOPRO, INC.

                                                        *s/ J. Carter Thompson, Jr.*
                                                        J. Carter Thompson, Jr. (MSB No. 8195)
                                                        D. Sterling Kidd (MSB No. 103670)
                                                        BAKER, DONELSON, BEARMAN,
                                                        CALDWELL & BERKOWITZ, PC
                                                        One Eastover Center
                                                       100 Vision Drive, Suite 400
                                                       Jackson, MS 39211-6391
                                                       Tel: (601) 351-2400
                                                       Fax: (601) 351-2424
                                                       cthompson@bakerdonelson.com
                                                       skidd@bakerdonelson.com

                                                       U. Gwyn Williams (*phv* forthcoming)
                                                      Allison Lukas Turner (*phv* forthcoming)
                                                      LATHAM & WATKINS LLP
                                                      200 Clarendon Street, 27th Floor
                                                      Boston, MA 02116
                                                      Tel: (617) 880-4500
                                                      gwyn.williams@lw.com
                                                      allison.turner@lw.com