UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GENBIOPRO, INC                                                                          PLAINTIFF

vs.                                                   CIVIL ACTION NO. 3:20-CV-652-HTW-LRA

DR. THOMAS DOBBS, State Health Officer
of the Mississippi Department of Health,
in his official capacity                                                                DEFENDANT

### MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)

COMES NOW Defendant, Dr. Thomas Dobbs, sued in his official capacity as the Mississippi State Health Officer, by and through counsel pursuant to Fed. R. Civ. P 12(b) and moves for dismissal of all claims asserted against him.

1. For the reasons set forth in his memorandum in support, which is being filed contemporaneously herewith, the Plaintiff, GenBioPro ("GBP"), pursuant to Fed. R. Civ. P 12(b)(1), lacks first and third-party standing to assert its broad claims for relief. Therefore, this Court lacks subject matter jurisdiction. And in the alternative, the Plaintiff failed to state a claim upon which relief can be granted.

2. Accordingly, Defendant is entitled to have all causes of action asserted against him dismissed pursuant to Fed. R. Civ. P. 12(b)(1) & (6).

WHEREFORE, PREMISES CONSIDERED, Defendant, Dr. Thomas Dobbs, respectfully requests that this Court grant this motion and dismiss all claims against him.

RESPECTFULLY SUBMITTED, this the 6th day of November, 2020.

          **THOMAS E. DOBBS, M.D., M.P.H., in his official capacity as STATE HEALTH OFFICER OF THE MISSISSIPPI DEPARTMENT OF HEALTH**

By:   *s/Paul Barnes*
       PAUL E. BARNES, MSB No. 99107
       KYLE MALONE, MSB No. 105961
       Special Assistant Attorneys General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS   39205
Telephone No. (601)359-4072
Facsimile: (601)359-2003
paul.barnes@ago.ms.gov
kyle.malone@ago.ms.gov

## **CERTIFICATE OF SERVICE**

      This is to certify that on this day I, Paul Barnes, Special Assistant Attorney General for the State of Mississippi, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to the following:

THIS, the 6th day of November, 2020.

                                              *s/Paul Barnes*
                                              PAUL E. BARNES