# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**GENBIOPRO, INC.**                                                                                **PLAINTIFF**

**V.**                                           **C.A. NO. 3:20-CV-00652-HTW-LRA**

**DR. THOMAS DOBBS, STATE HEALTH OFFICER**                 **DEFENDANTS**
**OF THE MISSISSIPPI DEPARTMENT OF HEALTH,**
**IN HIS OFFICIAL CAPACITY**

## MOTION TO WITHDRAW ATTORNEY ALLISON LUKAS TURNER
## AS COUNSEL FOR PLAINTIFF GENBIOPRO, INC.

COMES NOW Plaintiff GenBioPro, Inc. ("GenBioPro"), pursuant to LR 83.1(b)(3), and respectfully asks this Court to allow Attorney Allison Lukas Turner to withdraw as counsel for GenBioPro in the above-captioned matter. In support of this motion, GenBioPro states the following:

1.  The Court granted Ms. Turner's motion to appear *pro hac vice* in this case on October 19, 2020.

2.  Ms. Turner left her present role at Latham & Watkins LLP as of December 2, 2020.

3.  GenBioPro is ably represented by remaining counsel of record from Latham & Watkins LLP and Baker Donelson Bearman Caldwell & Berkowitz, PC. If Ms. Turner is allowed to withdraw, these attorneys will continue to represent GenBioPro going forward in this case. Accordingly, no party would be prejudiced by said withdrawal.

WHEREFORE, GenBioPro respectfully requests that the Court grant this motion and allow Ms. Turner to withdraw.

Dated:  December 18, 2020

Respectfully submitted,

GENBIOPRO, INC.

By Its Attorneys,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC


By: *s/ J. Carter Thompson, Jr.*
    J. CARTER THOMPSON, JR.


OF COUNSEL:

J. Carter Thompson, Jr. (MSB No. 8195)
cthompson@bakerdonelson.com
D. Sterling Kidd (MSB #103670)
skidd@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400 (ZIP 39211)
Post Office Box 14167
Jackson, MS 39236-4167
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

U. Gwyn Williams (admitted *pro hac vice*)
Gwyn.williams@lw.com
Allison Lukas Turner (admitted *pro hac vice*)
Allison.turner@lw.com
LATHAM & WATKINS LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
Telephone: (617) 880-4500

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which served a copy upon all counsel of record who have registered with that system.

This the 18th day of December, 2020.

*/s/ J. Carter Thompson, Jr.*
J. CARTER THOMPSON, JR.

4844-3260-4628v1
2953033-000001 12/18/2020