

June 27, 2022

The Honorable Michael Watson
Secretary of State
401 Mississippi Street
Jackson, Mississippi 39201

Dear Secretary Watson:

    In accordance with provisions governing Section 41-41-45, Mississippi Code Annotated, I have determined that on Friday, June 24, 2022, the United States Supreme Court overruled the decision of *Roe v. Wade*, 410 U.S. 113 (1973). In its opinion in *Dobbs v. Jackson Women's Health Organization*, No. 19-1392, the Court held that "rational-basis review is the appropriate standard" for constitutional challenges to state abortion regulations. It is my determination that it is reasonably probable under rational-basis review that Section 41-41-45 would be upheld by the Court as constitutional were it challenged.

    Please note that in accordance with 2007 Miss. Laws Ch. 441 (S.B. 2391), which requires this posting to the Mississippi Administrative Bulletin, oral proceedings as contemplated by SOS APA Form 001, are not appropriate.

Sincerely,

*[signature]*

Lynn Fitch
Attorney General
State of Mississippi

Post Office Box 220 · Jackson, Mississippi 39205
www.AttorneyGeneralLynnFitch.com

Exhibit A

SOS APA Form 001

**Mississippi Secretary of State**
125 S. Congress Street, Jackson, MS 39201

## ADMINISTRATIVE PROCEDURES NOTICE FILING

| AGENCY NAME | | CONTACT PERSON | TELEPHONE NUMBER | |
|---|---|---|---|---|
| Mississippi Attorney General's Office | | Scott G. Stewart | 601-359-3680 | |
| ADDRESS | | CITY | STATE | ZIP |
| P.O. Box 220 | | Jackson | MS | 39205 |
| EMAIL | SUBMIT DATE | Name or number of rule(s): | | |
| scott.stewart@ago.ms.gov | 6/27/2022 | Attorney General's Determination Regarding Section 41-41-45, Mississippi Code Annotated | | |

Short explanation of rule/amendment/repeal and reason(s) for proposing rule/amendment/repeal: In accordance with provisions governing Section 41-41-45, Mississippi Code Annotated, I have determined that on Friday, June 24, 2022, the United States Supreme Court overruled the decision of *Roe v. Wade*, 410 U.S. 113 (1973). In its opinion in *Dobbs v. Jackson Women's Health Organization*, No. 19-1392, the Court held that "rational-basis review is the appropriate standard" for constitutional challenges to state abortion regulations. It is my determination that it is reasonably probable under rational-basis review that Section 41-41-45 would be upheld by the Court as constitutional were it challenged.

Specific legal authority authorizing the promulgation of rule: 2007 Miss. Laws Ch. 441 (S.B. 2391).

List all rules repealed, amended, or suspended by the proposed rule:

### ORAL PROCEEDING:

☐ An oral proceeding is scheduled for this rule on   Date: _____ Time: _____ Place: _____

☒ Presently, an oral proceeding is not scheduled on this rule.

If an oral proceeding is not scheduled, an oral proceeding must be held if a written request for an oral proceeding is submitted by a political subdivision, an agency or ten (10) or more persons. The written request should be submitted to the agency contact person at the above address within twenty (20) days after the filing of this notice of proposed rule adoption and should include the name, address, email address, and telephone number of the person(s) making the request; and, if you are an agent or attorney, the name, address, email address, and telephone number of the party or parties you represent. At any time within the twenty-five (25) day public comment period, written submissions including arguments, data, and views on the proposed rule/amendment/repeal may be submitted to the filing agency.

### ECONOMIC IMPACT STATEMENT:

☒ Economic impact statement not required for this rule.     ☐ Concise summary of economic impact statement attached.

| TEMPORARY RULES | PROPOSED ACTION ON RULES | FINAL ACTION ON RULES |
|---|---|---|
| | | Date Proposed Rule Filed: _____ |
| _____ Original filing | Action proposed: | Action taken: |
| _____ Renewal of effectiveness | _____ New rule(s) | _____ Adopted with no changes in text |
| To be in effect in _____ days | _____ Amendment to existing rule(s) | _____ Adopted with changes |
| Effective date: | _____ Repeal of existing rule(s) | _____ Adopted by reference |
| _____ Immediately upon filing | _____ Adoption by reference | _____ Withdrawn |
| _____ Other (specify): _____ | Proposed final effective date: | _____ Repeal adopted as proposed |
| | _____ 30 days after filing | Effective date: |
| | _____ Other (specify): _____ | _____ 30 days after filing |
| | | X Other (specify): 7/7/2022 |

Printed name and Title of person authorized to file rules:  __Lynn Fitch, Attorney General__

Signature of person authorized to file rules: *[signed] Lynn Fitch*

| OFFICIAL FILING STAMP | DO NOT WRITE BELOW THIS LINE<br>OFFICIAL FILING STAMP | OFFICIAL FILING STAMP |
|---|---|---|
| | | FILED<br>JUN 27 2022<br>MISSISSIPPI<br>SECRETARY OF STATE |
| Accepted for filing by | Accepted for filing by | Accepted for filing by 2:04:38 PM |