**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**GENBIOPRO, INC.** **PLAINTIFF**

V. **CIVIL ACTION NO. 3:20-CV-652-HTW-LGI**

**DR. THOMAS DOBBS, State Health**
**Officer of the Mississippi Department of**
**Health, in his official capacity** **DEFENDANT**

---

**ORDER**

---

Before this Court is a Motion to Dismiss **[Docket no. 8]**, filed by the Defendant, Dr. Thomas Dobbs, in his official capacity as State Health Officer of the Mississippi Department of Health ("Defendant"). On July 1, 2022, this court received correspondence from Plaintiff GenBioPro, Inc.'s counsel requesting this court delay its ruling on Defendant's Motion to Dismiss until it has had a chance to amend its Complaint. Said correspondence is attached hereto as Exhibit "A".

This court recognizes that, in light of the late nature of the correspondence and the upcoming holiday weekend, Defendant may not yet have had the opportunity to review Plaintiff's request. This court, having previously announced its desire to publish its written Order regarding the Motion to Dismiss within the upcoming week, asks Defendant to respond to Plaintiff's e-mail by July 8, 2022, if it so chooses.

SO ORDERED, this the 1st day of July, 2022.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE