IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GENBIOPRO, INC.**                                                                                          **PLAINTIFF**

V.                                                                          **CIVIL ACTION NO. 3:20-CV-652-HTW-LGI**

**DR, THOMAS DOBBS, State Health
Officer of the Mississippi Department of
Health, in his official capacity**                                                                   **DEFENDANT**

## ORDER

On July 1, 2022, this court received correspondence from Plaintiff GenBioPro, Inc.'s counsel requesting this court delay its ruling on Defendant's Motion to Dismiss [Docket no. 8] until it has had a chance to amend its Complaint. On the same day, July 1, 2022, this court directed Defendant to respond to Plaintiff's correspondence by July 8, 2022, if it so chooses. [Docket no. 34]. On July 8, 2022, Defendant filed its *Response to the Court's July 1, 2022, Order* [Docket no. 36].

This court, having considered the parties' submissions and responses, hereby directs Plaintiff GenBioPro, Inc. to file its Motion for leave to amend its Complaint by July 21, 2022. Defendant may file a responsive brief, and Plaintiff may choose to file a rebuttal, in accordance with the Federal Rules of Civil Procedure.

This court, further, holds in abeyance Defendant's Motion to Dismiss [Docket no. 8] until this court has considered all pleadings on the Plaintiff's Motion to amend its Complaint.

SO ORDERED, this the 11th day of July, 2022.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE