# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**GENBIOPRO, INC.**                                                **PLAINTIFF**

**V.**                                 **CIVIL ACTION NO. 3:20-CV-00652-HTW-LGI**

**DR. THOMAS DOBBS, STATE HEALTH OFFICER**              **DEFENDANTS**
**OF THE MISSISSIPPI DEPARTMENT OF HEALTH,**
**IN HIS OFFICIAL CAPACITY**

## GENBIOPRO, INC.'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff, GenBioPro, Inc. ("GBP"), by and through counsel, hereby moves the Court for leave to file its Proposed Amended Complaint, attached hereto as Exhibit A. GBP seeks to amend its original Complaint, filed October 9, 2020 (ECF No. 1), in order to address the impact of the Mississippi "Trigger Law," MISS. CODE ANN. § 41-41-45, which went into effect on July 7, 2022, in its allegations. For the reasons set forth in its accompanying memorandum, GBP respectfully requests that its motion for leave to amend be granted.

Dated: July 21, 2022

                                                             Respectfully submitted,

                                                             GENBIOPRO, INC.

                                                             By Its Attorneys,

                                                             BAKER DONELSON BEARMAN
                                                             CALDWELL & BERKOWITZ, PC


                                                             By: *s/ J. Carter Thompson, Jr.*
                                                                  J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB No. 8195)
cthompson@bakerdonelson.com
D. Sterling Kidd (MSB #103670)
skidd@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400 (ZIP 39211)
Post Office Box 14167
Jackson, MS 39236-4167
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

U. Gwyn Williams (admitted *pro hac vice*)
Gwyn.williams@lw.com
Kenneth J. Parsigian (admitted *pro hac vice*)
kenneth.parsigian@lw.com
Avery E. Borreliz (admitted *pro hac vice*)
Avery.borreliz@lw.com
LATHAM & WATKINS LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
Telephone: (617) 880-4500

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which served a copy upon all counsel of record who have registered with that system.

This the 21st day of July, 2022.

*/s/ J. Carter Thompson, Jr.*
J. CARTER THOMPSON, JR.