# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**GENBIOPRO, INC.**                                                 **PLAINTIFF**

**V.**         **C.A. NO. 3:20-CV-00652-HTW-LRA**

**DR. THOMAS DOBBS, STATE HEALTH OFFICER**     **DEFENDANTS**
**OF THE MISSISSIPPI DEPARTMENT OF HEALTH,**
**IN HIS OFFICIAL CAPACITY**

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR REPLY BRIEF

**COMES NOW**, Plaintiff, by and through counsel of record, and files this Unopposed Motion to Extend Deadline for Reply Brief. In support, Plaintiff states:

1. On July 21, 2022, Plaintiff filed a Motion for Leave to File Amended Complaint [Dkt. No. 41] (the "Motion").

2. On August 4, 2022, the State filed its opposition papers to the Motion.

3. Counsel for Plaintiff has obligations that render Plaintiff unable to file its reply in support of the Motion by the current deadline, which is today, August 11, 2022.

4. Plaintiff therefore requests an extension of time until August 18, 2022, to file the reply in support of its Motion.

5. The State has confirmed it does not oppose the extension and has agreed to the proposed deadline of August 18, 2022.

6. Plaintiff did not seek the extension for purposes of undue delay and the requested extension will not cause any undue delay or prejudice to any party.

7. Plaintiff requests that the Court enter an order fixing August 18, 2022, as the deadline for it to file the reply in support of the Motion.

8. Given the straightforward and unopposed nature of the relief sought herein, Plaintiff requests that the requirement of a separate brief be waived.

This 11th day of August, 2022.

                                                            Respectfully submitted,

                                                            GENBIOPRO, INC.

                                                            By Its Attorneys,

                                                           BAKER DONELSON BEARMAN
                                                           CALDWELL & BERKOWITZ, PC

                                                           By: *s/ J. Carter Thompson, Jr.*
                                                                 J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB No. 8195)
cthompson@bakerdonelson.com
D. Sterling Kidd (MSB #103670)
skidd@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400 (ZIP 39211)
Post Office Box 14167
Jackson, MS 39236-4167
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

U. Gwyn Williams (admitted *pro hac vice*)
Gwyn.williams@lw.com
Kenneth J. Parsigian (admitted *pro hac vice*)
kenneth.parsigian@lw.com
Avery E. Borreliz (admitted *pro hac vice*)
Avery.borreliz@lw.com
LATHAM & WATKINS LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
Telephone: (617) 880-4500