**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

GENBIOPRO, INC.,
        *Plaintiff,*

v.

DR. DANIEL EDNEY, State Health Officer of
the Mississippi Department of Health,
in his official capacity,
        *Defendant.*

C.A. No. 3:20-cv-00652-HTW-LGI

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff GenBioPro, Inc. hereby gives notice that this action is voluntarily dismissed. Defendant has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B).

Dated: August 18, 2022

        Respectfully submitted,

        GENBIOPRO, INC.

        By Its Attorneys,

        BAKER DONELSON BEARMAN
        CALDWELL & BERKOWITZ, PC

        *s/ J. Carter Thompson, Jr.*
        J. CARTER THOMPSON, JR.

        OF COUNSEL:

        J. Carter Thompson, Jr. (MSB No. 8195)
        D. Sterling Kidd (MSB No. 103670)

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211-6391
T: (601) 351-2400
F: (601) 351-2424
cthompson@bakerdonelson.com
skidd@bakerdonelson.com

U. Gwyn Williams (*pro hac vice*)
Kenneth J. Parsigian (*pro hac vice*)
Avery E. Borreliz (*pro hac vice*)
LATHAM & WATKINS LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
T: (617) 880-4500
F: (617) 948-6001
gwyn.williams@lw.com
kenneth.parsigian@lw.com
avery.borreliz@lw.com

*Attorneys for Plaintiff GenBioPro, Inc.*